Kelly v. Great Lakes Dredge & Dock Co., 203 Ill. App. 207.

---

## Owen Kelly, Defendant in Error, v. Great Lakes Dredge & Dock Company, Plaintiff in Error.

### Gen. No. 22,262.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH Z. UHLIR, Judge, presiding. ' Heard in this court at the March term, 1916. Reversed and judgment of *nil capiat* and for costs entered here. Opinion filed January 8, 1917.

### Statement of the Case.

Action by Owen Kelly, plaintiff, against Great Lakes Dredge & Dock Company, a corporation, defendant, to recover for breach of a contract of employment. From a judgment for plaintiff for $488.20, defendant brings error.

MONTGOMERY, HART, SMITH & STEERE, for plaintiff in error.

JOHN J. LUPE, for defendant in error.

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

MASTER AND SERVANT, § 3*—*when contract of employment is unilateral and unenforceable.* A contract of employment under which the employer is bound to use the services of the employee for a specified term but the employee has the right to quit work at any time he sees fit is unilateral, lacking in mutuality, and is consequently unenforceable.